[No. 47123-6-I.   Division One.   October 15, 2001.]

JAMES L. MINIKEN, ET AL., *Respondents*, v. PATRICK D. REICHENBERGER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-05532-1, Ellen J. Fair, J., entered July 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47126-1-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER JAMES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03040-8, Joan E. DuBuque, J., entered July 31, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 47235-6-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL SNYDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02149-8, Dean Scott Lum, J., entered September 8, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47282-8-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JAY ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10127-4, Richard M. Ishikawa, J., entered August 7, 2000. *Affirmed* by unpublished per curiam opinion.